IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE A. ALICEA, JESSICA BARRERA
and N.A.[1],

       Plaintiffs,        ORDER

 v.

                     13-cv-302-bbc

EDWARD F. WALLS, CINDY O'DONNELL and
WILLIAM POLLARD,

       Defendants.

In an order entered in this case on May 9, 2013, I explained to plaintiffs Jose Alicea and Jessica Barrera that since plaintiff Alicea is a prisoner, he is subject to the Prisoner Litigation Reform Act and must pay a separate $350 filing fee. *Boriboune v. Berge*, 391 F.3d 852, 856 (7th Cir. 2004). I gave plaintiff Alicea until June 3, 2013, to pay an initial partial filing fee of $123.87. I also directed plaintiff Barrera to complete an affidavit to proceed without prepayment of fees and/or costs. Finally, I cautioned plaintiffs about the consequences of prosecuting this lawsuit in a joint complaint and I gave plaintiffs until June 3, 2013, to advise the court whether each of them wishes to prosecute this action jointly.

Plaintiff Alicea has submitted his full $350 filing fee and has provided a written response to the court that he wishes to pursue this case jointly. However, plaintiff Jessica Barrera has not responded to this court's May 9, 2013 order. Since plaintiff Barrera has not responded to the May 9, 2013 order, I will give her another opportunity to do so. Plaintiff Barrera may have an enlargement of time to submit a financial affidavit, of which I have enclosed another copy with this order, and written confirmation that she wishes to prosecute this action jointly with Jose Alicea.

---

[1] Pursuant to the Administrative Procedures of this court, if a minor child must be mentioned in a document, only the initials of the child should be used.

ORDER

IT IS ORDERED that plaintiff Jessica Barrera may have until June 26, 2013, in which notify the court in writing whether she wishes to prosecute this action jointly with Jose Alicea and to submit the enclosed affidavit to proceed without prepayment of fees and/or costs. If, by June 26, 2013, plaintiff Barrera fails to respond to this order as directed, she will be considered to have withdrawn from the lawsuit.

Entered this 12th day of June, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge