IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSE A. ALICEA, JESSICA BARRERA and N.A.,

            Plaintiffs,                        ORDER

v.

CINDY O'DONNELL and                    13-cv-302-bbc
WILLIAM POLLARD, Warden,

            Defendants.

---

On January 30, 2014, the court held the telephonic preliminary pretrial conference. Pro se plaintiff Jessica Barrera did not participate. It is not clear whether Ms. Barrera wishes to continue as a plaintiff in this lawsuit. Accordingly, it is ORDERED that Jessica Barrera may have until February 13, 2014 to advise the court in writing whether she wishes to continue as a plaintiff in this lawsuit or wishes to drop out. If the court does not hear from Ms. Barrera by February 13, 2014, then it will dismiss her from this lawsuit for failure to prosecute it.

Entered this 3rd day of February, 2014.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge